

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00188-CR

| | | |
|---|---|---|
| EX PARTE CHARLES BARTON | § | On Appeal from County Criminal Court No. 8 |
| | § | |
| | | of Tarrant County (1314404) |
| | § | |
| | | August 8, 2019 |
| | § | |
| | | Opinion by Chief Justice Sudderth |
| | § | |
| | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court to enter an order dismissing the prosecution of charges against Barton on alleged violations of section 42.07(a)(7) of the Texas Penal Code.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth